William T. Hanson, Appellee, v. Trust Company of Chicago, Administrator of Estate of Edward Maskell, Deceased, Appellant.

Gen. No. 41,736.

Heard in first division, first district, this court at June term, 1941; opinion filed December 22, 1941; rehearing denied January 5, 1942. John A. Bloomingston, for appellant; C. D. Jones, for appellee. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."

John L. Dick, Trading as Dick's Poultry Company, Appellee, v. Campbell Soup Company (Central Division), Appellant.

Gen. No. 41,713.

Heard in first division, first district, this court at June term, 1941; opinion filed December 22, 1941; rehearing denied January 5, 1942. Henry S. Blum and Blum & Jacobson, for appellant; Henry S. Blum and Bernard G. Sang, of counsel; Sol I. Dvorkin, for appellee; Louis A. Smith and Irving L. Block, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."